UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUDSON SOEHL,<br><br>             Plaintiff,<br><br>      v.<br><br>KILOLO KIJAKAZI,<br>    Acting Commissioner of<br>Social Security<br>             Defendant. | Case No. 3:22-cv-00118-RBB<br><br>ORDER FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF<br>42 U.S.C. SECTION 405(g) AND<br>ENTRY OF JUDGMENT |

**IT IS HEREBY ORDERED** that the above-captioned matter be remanded to the agency for further administrative proceedings pursuant to sentence four of 42 U.S.C. section 405(g). Upon remand, the agency will vacate the Administrative Law Judge's (ALJ) decision and remand the case to the ALJ to re-evaluate the evidence and issue a new decision. **IT IS FURTHER ORDERED** that final judgment be entered in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: September 8, 2022

_____
HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE