UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hudson S.,<br><br>                              Plaintiff,<br><br>v.<br><br>Kilolo Kijakazi,<br>Acting Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 3:22-cv-00118-RBB<br><br>**ORDER GRANTING JOINT STIPULATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))**<br>**[ECF NO. 19]** |

Based upon the Joint Stipulation for Award of Attorney's Fees pursuant to the Equal Access to Justice Act (28 U.S.C. § 2412(d)) [ECF No. 19], IT IS ORDERED that attorney's fees in the amount of $4,259.41 is awarded to Plaintiff subject to the terms of the joint motion.

**IT IS SO ORDERED**.

DATED:  November 30, 2022

*Ruben Brooks*
HON. RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE